1  Timothy S. Danninger (admitted *pro hac vice*)
2  Timothy J. McGinn (admitted *pro hac vice*)
   *Attorneys for Juul Labs, Inc.*
3  GUNSTER, YOAKLEY & STEWART, P.A.
   1 Independent Drive, Suite 2300
4  Jacksonville, FL 32202
   Tel.: (904) 354-1980
5  tdanninger@gunster.com
   tmcginn@gunster.com
6

7

8                    **UNITED STATES DISTRICT COURT**
                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9

10 | | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913-WHO |
| | Hon. William H. Orrick |
| *This Document Relates to:* | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AS AMENDED** |
| *Cole Aragona v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-01928-WHO | |
| *Jennifer Lane et al. v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-04661-WHO | |
| *Bailey Legacki v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-01927-WHO | |
| *Erin NesSmith et al. v. Juul Labs, Inc., et al.*, Case No. 3:19-cv-06344-WHO | |
| *Carson Sedgwick v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-03882-WHO | |

The undersigned Parties stipulate and agree, subject to the Court's approval, to a revised briefing schedule concerning the dispositive motions contemplated by CMO 17 and CMO 19 in the above-captioned actions, and in support thereof state as follows:

**WHEREAS**, on May 23, 2025, the defendants filed certain initial dispositive motions pursuant to CMO 17 and CMO 19.

1

**WHEREAS**, on July 25, 2025, Plaintiffs filed oppositions to these dispositive motions.

**WHEREAS**, the deadline for the JLI and Altria defendants to file their replies in further support of their initial dispositive motions is August 22, 2025, and the deadline for the Non-Management Director defendants to file their replies is August 27, 2025.

**WHEREAS**, the Court has set a hearing on these dispositive motions for September 24, 2025, at 10 a.m.

**WHEREAS**, Plaintiffs' counsel has a conflict on September 24, 2025, due to the religious observance of the Rosh Hashanah holiday, and intends to move to reset the hearing for October 29, 2025.

**NOW THEREFORE**, subject to the Court's approval, the Parties hereby **STIPULATE** and **AGREE**, through their undersigned counsel, as follows:

1. The deadline for the defendants to file their replies in further support of their dispositive motions in the above-captioned actions is extended to September 19, 2025.

Dated: August 21, 2025

Respectfully submitted,

By: */s/ Timothy J. McGinn*
Timothy S. Danninger (*pro hac vice*)
Timothy J. McGinn (*pro hac vice*)
**GUNSTER YOAKLEY & STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, 32204
Telephone: (904) 354-1980
tdanninger@gunster.com
tmcginn@gunster.com

*Attorneys for Defendant Juul Labs, Inc.*

By: */s/ Jeffrey L. Haberman*
Scott P. Schlesinger, (*pro hac vice*)
Jonathan R. Gdanski, (*pro hac vice*)
Jeffrey L. Haberman, (*pro hac vice*)
**SCHLESINGER LAW OFFICE, P.A.**
1212 SE Third Avenue
Fort Lauderdale, FL 33317
Tel: (954) 467-8800
scott@schlesingerlaw.com
jgdanski@schlesingerlaw.com
jhaberman@schlesingerlaw.com

By: /s/ *Martin Schmidt*
Martin Schmidt, SBN 171673
SCHMIDT NATIONAL LAW GROUP
3033 Fifth Avenue, Suite 335
San Diego, CA 92103
Tel: (800) 631-5656
Fax: (619) 393-1777

*Attorneys for Plaintiffs*

| | |
|---|---|
| By: */s/ Michael J. Guzman*<br>Mark C. Hansen<br>Michael J. Guzman<br>David L. Schwarz<br>**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**<br>Sumner Square, 1615 M St., N.W., Suite 400<br>Washington, DC 20036<br>Telephone: (202) 326-7910<br>mguzman@kellogghansen.com<br><br>*Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh* | By: */s/ James Kramer*<br>James Kramer<br>Catherine Malone<br>Kevin Askew<br>**ORRICK HERRINGTON & SUTCLIFFE LLP**<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: (415) 773-5700<br>jkramer@orrick.com<br>cmalone@orrick.com<br>kaskew@orrick.com<br><br>*Attorneys for Defendant James Monsees* |
| By: */s/ David E. Kouba*<br>David E. Kouba, (*pro hac vice*)<br>**ARNOLD & PORTER KAY SCHOLER, LLP**<br>601 Massachusetts Ave, NW<br>Washington, DC 20001<br>Tel: (202) 942-5230<br>Fax: (202) 942-5999<br>david.kouba@arnoldporter.com<br><br>By: */s/ Lauren S. Wulfe*<br>Lauren S. Wulfe, SBN 287592<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>777 S. Figueroa St., 44th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 243-4000<br>lauren.wulfe@arnoldporter.com<br><br>*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Distribution Company, and Altria Enterprises LLC* | By: */s/ Eugene Illovsky*<br>Eugene Illovsky<br>Kevin Calia<br>**ILLOVSKY GATES & CALIA LLP**<br>1611 Telegraph Ave., Suite 806<br>Oakland, CA 94612<br>Telephone: (415) 500-6643<br>eugene@illovskygates.com<br>kevin@illovskygates.com<br><br>*Attorneys for Defendant Adam Bowen* |

3

Stipulation Regarding Briefing Schedule
Case No. 3:19-md-02913-WHO

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to:*<br><br>*Cole Aragona v. Juul Labs, Inc., et al.*, Case No. 3:21-cv-01928-WHO<br><br>*Jennifer Lane et al. v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-04661-WHO<br><br>*Bailey Legacki v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-01927-WHO<br><br>*Erin NesSmith et al. v. Juul Labs, Inc., et al.*, Case No. 3:19-cv-06344-WHO<br><br>*Carson Sedgwick v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-03882-WHO | Case No. 3:19-md-02913-WHO<br><br>Hon. William H. Orrick<br><br>[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE **& RESET HEARING DATE** |

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING, IT IS HEREBY ORDERED:**

The deadline for the defendants to file their replies in further support of their dispositive motions in the above-captioned actions is extended to September 19, 2025.

**The hearing on all pending motions is reset to October 31, 2025 at 9:30 a.m. by videoconference. The Court resets the hearings in the two other opt-out cases (Case No. 20-**

4

1  **cv-03847 and Case No. 20-cv-3850) from October 29, 2025 to October 31, 2025 at 9:30 a.m.**
2  **by videoconference**.

DATED: August 25, 2025

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge