John C. Massaro (*admitted pro hac vice*)
Jason A. Ross (*admitted pro hac vice*)
David E. Kouba (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone: 202-942-5000
Facsimile: 202-942-5999
John.Massaro@arnoldporter.com
Jason.Ross@arnoldporter.com
David.Kouba@arnoldporter.com

Lauren S. Wulfe (SBN 287592)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Telephone: 213-243-4000
Facsimile: 213-243-4199
Lauren.Wulfe@arnoldporter.com

Attorneys for Defendants ALTRIA GROUP, INC., PHILIP MORRIS USA INC., ALTRIA CLIENT SERVICES LLC, ALTRIA GROUP DISTRIBUTION COMPANY, and ALTRIA ENTERPRISES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Erin Nessmith et al. v. Juul Labs, Inc. et al.*, Case No. 3:19-cv-06344 | **Case No. 19-md-02913-WHO**<br><br>**THE ALTRIA DEFENDANTS' NOTICE OF JOINDER AND JOINDER IN DEFENDANT JUUL LABS, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS IN PART AND MOTION FOR SUMMARY JUDGMENT IN PART**<br><br>Hon. William H. Orrick<br><br>Date: October 31, 2025<br>Time: 9:30 a.m. Pacific Time |

**PLEASE TAKE NOTICE** that Defendants Altria Group, Inc., Altria Client Services LLC, Altria Group Distribution Company, Philip Morris USA Inc., and Altria Enterprises LLC (collectively, the "Altria Defendants") hereby join in the arguments set forth in the following filing:

- ECF No. 95: Defendant JUUL Labs, Inc.'s Reply in Support of Motion to Dismiss in Part and Motion for Summary Judgment in Part

This filing applies to the claims brought against the Altria Defendants. The Altria Defendants reserve all rights to make further joinders or file additional motions.

Dated: October 2, 2025

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *David E. Kouba*

John C. Massaro (*admitted pro hac vice*)
Jason A. Ross (*admitted pro hac vice*)
David E. Kouba (*admitted pro hac vice*)
Lauren S. Wulfe (SBN 287592)

Attorneys for Defendants ALTRIA GROUP, INC., ALTRIA CLIENT SERVICES LLC, ALTRIA GROUP DISTRIBUTION COMPANY, PHILIP MORRIS USA INC., and ALTRIA ENTERPRISES LLC

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2025 a copy of the foregoing was electronically filed with the clerk of the court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants registered to receive service in this matter.

*/s/ David E. Kouba*
David E. Kouba